FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT ALVIN BLACK, | ) | Case No. EDCV 06-686-R(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. VOSS, Superintendent, | ) | |
| Respondent. | ) | |

It is hereby **adjudged** that the petition for a writ of habeas corpus is **denied**.

Dated:  4/8/08

_____
Manuel Real
United States District Judge